**Celina Marie FELIX, Appellant–
Respondent,**

v.

**Jeffrey Allen SALLAZ, Respondent–
Appellant.**

**Nos. WD 69928, WD 69941.**

Missouri Court of Appeals,
Western District.

Nov. 17, 2009.

James E. Switzer, for Appellant–Respondent.

Kenneth C. Hensley, for Respondent–Appellant.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

### ORDER

PER CURIAM:

Celina Felix appeals and Jeffrey Sallaz cross-appeals from the judgment of the trial court denying their motions to modify maintenance received by Ms. Felix. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).